# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ALAN HUMPHREY,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:06-CV-419 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

# ORDER

This matter is before the Court on Plaintiff's fourth lawsuit attacking his sentence and a motion to proceed *in forma pauperis*. A review of his latest Complaint reveals that Plaintiff has again failed to state any sort of coherent claim or argument against any potential Defendant. Courts may dismiss a complaint, or any portion thereof, that is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). Because this case is clearly frivolous and fails to state a claim upon which this Court can grant any type of relief, this case and the claims made therein are DISMISSED WITH PREJUDICE. Accordingly, the motion to proceed *in forma pauperis* is DENIED WITH PREJUDICE.

SO ORDERED this 19th day of December, 2006.


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**