IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALAN HUMPHREY, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:06-cv-419 (WDO) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

# **J U D G M E N T**

Pursuant to the Order of this Court filed December 19, 2006, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action with prejudice.

This 19th day of December, 2006.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**